UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――

RICHARD ZAWATSKY, and CATHERINE ZAWATSKY, individually and on behalf of all other similarly situated,

                Plaintiffs,

      - against -

VROOM, INC., PAUL J. HENNESSY, and DAVID K. JONES,

                Defendants.

**ORDER**

21 Civ. 2477 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      This Court's orders setting an initial pretrial conference (Dkt. Nos. 5, 6) are vacated. In a subsequent order, the Court will address the pending motions for consolidation and appointment of a lead plaintiff and lead counsel, and will set a date for the filing of a consolidated class action complaint.

Dated: New York, New York
       June 11, 2021

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge