UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: VROOM, INC. SECURITIES LITIGATION | 21 Civ. 2477 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The initial pretrial conference currently scheduled for October 14, 2021 is adjourned to **November 18, 2021 at 9:30 a.m.**

Dated: New York, New York
October 13, 2021

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

1