UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: VROOM, INC. SECURITIES LITIGATION | 21 Civ. 2477 (PGG) |

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for November 18, 2021 is adjourned <u>sine die</u>.

Dated: New York, New York
October 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge