**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: VROOM, INC. SECURITIES LITIGATION** | Civil Action No. 1:21-cv-2477 (PGG)<br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the Declaration of Jeff G. Hammel dated December 20, 2021, and the exhibits attached thereto, the accompanying Memorandum of Law, and the accompanying Request for Judicial Notice, the undersigned hereby move this Court on behalf of defendants Vroom, Inc., Paul J. Hennessy, David K. Jones, Robert J. Mylod, Jr., Scott A. Dahnke, Michael J. Farello, Laura W. Lang, Laura G. O'Shaughnessy, and Adam Valkin (the "Vroom Defendants"), along with Goldman Sachs & Co. LLC, BofA Securities, Inc., Allen & Company LLC, and Wells Fargo Securities, LLC (the "Underwriter Defendants," and together with the Vroom Defendants, the "Defendants") before the Honorable Paul G. Gardephe at the United States District Courthouse for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, on a date and time to be determined by the Court, for an Order dismissing the Consolidated Amended Complaint of Lead Plaintiff Rhondda Cynon Pension Fund (ECF No. 60) with prejudice pursuant to Fed. R. Civ. P. 8, 9(b), and 12(b)(6) and the Private Securities Litigation Reform Act.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order Regarding Extension of Time to File Consolidated Complaint and Time to Respond to Complaint, dated August 17, 2021 (ECF No. 54), Lead Plaintiff's response in opposition shall be filed on or before February 22, 2022, and Defendants' reply shall be filed on or before March 23, 2022.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Individual Rules of Practice of the Honorable Paul G. Gardephe, (1) Defendants shall electronically file their moving papers and

reply papers when the entire motion has been briefed, (2) Lead Plaintiff shall file opposition papers only when noticed by the Defendants that the motion and reply papers are being filed, and (3) the Parties shall provide chambers one courtesy copy of their respective submissions at the time they are electronically filed.

Dated:   December 20, 2021
         New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP
Jeff G. Hammel
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Jeff.Hammel@lw.com
Jason.Hegt@lw.com

*Attorneys for Defendants Vroom, Inc., Paul J. Hennessy, David K. Jones, Robert J. Mylod, Jr., Scott A. Dahnke, Michael J. Farello, Laura W. Lang, Laura G. O'Shaughnessy, and Adam Valkin*

WILLKIE FARR & GALLAGHER LLP
Todd Cosenza
Charles Dean Cording
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
TCosenza@willkie.com
CCording@willkie.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, BofA Securities, Inc., Allen & Company LLC, and Wells Fargo Securities, LLC*

2