**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: VROOM, INC. SECURITIES
LITIGATION

Civil Action No. 1:21-cv-2477 (PGG)

**REPLY REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS'**
**MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

LATHAM & WATKINS LLP
Jeff G. Hammel
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Attorneys for Defendants Vroom, Inc.,*
*Paul J. Hennessy, David K. Jones,*
*Robert J. Mylod, Jr., Scott A. Dahnke,*
*Michael J. Farello, Laura W. Lang,*
*Laura G. O'Shaughnessy, and Adam Valkin*

WILLKIE FARR & GALLAGHER LLP
Todd Cosenza
Charles D. Cording
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

*Attorneys for Defendants Goldman Sachs &*
*Co. LLC, BofA Securities, Inc., Allen &*
*Company LLC, and Wells Fargo*
*Securities, LLC*

March 23, 2022

Defendants respectfully submit this reply in support of their unopposed Request for Judicial Notice of Exhibits 2-17 to the Declaration of Jeff G. Hammel filed with Defendants' Motion to Dismiss the Consolidated Class Action Complaint ("Request for Judicial Notice").

## **DISCUSSION**

Pursuant to Rule IV(C) of this Court's Individual Practices, on December 20, 2021, Defendants' counsel furnished to Plaintiff's counsel their Request for Judicial Notice and the documents referenced therein. Since Plaintiff has not opposed Defendants Request for Judicial Notice nor contested the authenticity of the documents referenced therein, Defendants reiterate their request that the Court take judicial notice of Exhibits 2-17 for the reasons set forth in the Request for Judicial Notice, ECF No. 95. *See Sharette v. Credit Suisse Int'l*, 127 F. Supp. 3d 60, 75 (S.D.N.Y. 2015) (granting request for judicial notice on a motion to dismiss a Section 10(b) claim where plaintiffs neither objected the court taking judicial notice nor contested the documents authenticity in any way); *Ponterio v. Kaye*, 2007 WL 141053, *1 n.2 (S.D.N.Y. Jan. 22, 2007) (granting an unopposed request for judicial notice on a motion to dismiss); *Bowring v. Sapporo U.S.A., Inc.*, 234 F. Supp. 3d 386, 389 (E.D.N.Y. 2007) (granting a request for judicial notice where "[t]he documents are suitable for judicial notice, and the parties do not dispute their accuracy or authenticity").

Dated:  March 23, 2022
       New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP
Jeff G. Hammel
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Jeff.Hammel@lw.com
Jason.Hegt@lw.com

*Attorneys for Defendants Vroom, Inc.,*
*Paul J. Hennessy, David K. Jones, Robert*
*J. Mylod, Jr., Scott A. Dahnke, Michael J.*
*Farello, Laura W. Lang, Laura G.*
*O'Shaughnessy, and Adam Valkin*

WILLKIE FARR & GALLAGHER LLP
Todd Cosenza
Charles Dean Cording
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
TCosenza@willkie.com
CCording@willkie.com

*Attorneys for Defendants Goldman Sachs*
*& Co. LLC, BofA Securities, Inc., Allen &*
*Company LLC, and Wells Fargo*
*Securities, LLC*

2