**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: VROOM, INC. SECURITIES LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 1:21-cv-02477 (PGG)<br><br>NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR VROOM, INC., AND AUTOMATIC STAY OF PROCEEDINGS |

**NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR
VROOM, INC., AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that on **November 13, 2024**, Vroom, Inc. (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtor's chapter 11 case is being administered under *In re Vroom Inc.*, Case No. 24-90571 (CML) (Bankr. S.D. Tex. Nov. 13, 2024) (the "Chapter 11 Case"). A copy of the Debtor's voluntary petition is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of its respective voluntary petition gives rise to a stay of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor (i) that was or could have been commenced before the commencement of the Chapter 11 Case or (ii) to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (b) the enforcement against the Debtor or against any property of the Debtor's bankruptcy estate of a judgment obtained prior to the commencement of the Chapter 11 Case; and (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy

estate.[1]  No order has been entered in the Chapter 11 Case granting relief from the automatic stay with respect to the above-captioned action. [2]

**PLEASE TAKE FURTHER NOTICE** that, the Debtor's voluntary bankruptcy case was commenced for the purpose of implementing a prepackaged plan of reorganization (the "Plan") to address certain of the Debtor's outstanding debt.  Pursuant to the Plan, the Debtor's general unsecured creditors are expected to be paid in full and the claims asserted in this case (known as "510(b) Claims")) are unimpaired in accordance with section 1124 of the Bankruptcy Code.  *See* Prepackaged Plan of Reorganization for Vroom, Inc. (Dkt. No. 7).  A full description of the treatment of 510(b) Claims may be found in Article III of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, Vroom, Inc.'s operating subsidiaries are not parties to the bankruptcy and Vroom, Inc. anticipates emerging promptly from the prepackaged Chapter 11 Case at the end of 2024 or early 2025.

**PLEASE TAKE FURTHER NOTICE** that, additional information regarding the status of the Debtor's Chapter 11 Case may be obtained by (a) reviewing, free of charge, the docket of the Debtor's Chapter 11 Case on the website of the Debtor's claims and noticing agent, Verita Global, at https://www.veritaglobal.net/vrm, (b) visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein, or (c) contacting the following counsel for the Debtor: John F. Higgins, Eric M. English, and M. Shane Johnson, Porter Hedges LLP, 1000 Main St., 36th Floor, Houston, Texas 77002, Telephone: (713) 226-6000.

---

[1]  Nothing herein shall constitute a waiver of the Debtor's right to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.  The Debtor expressly reserves all rights to contest any claims that may be asserted against the Debtor.

[2]  Any act in violation of the automatic stay may be *void ab initio* and result in contempt.

Dated:    December 2, 2024

Respectfully submitted,

**PORTER HEDGES LLP**

By: */s/ M. Shane Johnson*
M. Shane Johnson (NY Bar No. 5183785)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email: sjohnson@porterhedges.com

**ATTORNEY FOR DEFENDANT VROOM, INC.**

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December 2024, a true and correct copy of the above was served upon the attorney of record in the above entitled and numbered cause, via e-file.

*/s/ M. Shane Johnson*
M. Shane Johnson