UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: VROOM, INC. SECURITIES LITIGATION | 21 Civ. 2477 (PGG) |

**LEAD PLAINTIFF'S RESPONSE TO NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR VROOM, INC., AND AUTOMATIC STAY OF PROCEEDINGS**

Lead Plaintiff Rhondda Cynon Taf Pension Fund hereby responds to the Notice of

Suggestion on Pendency of Bankruptcy for Vroom, Inc., and Automatic Stay of Proceedings,

filed by Defendant Vroom, Inc. (ECF 109, filed Dec. 3, 2024) (hereafter "Suggestion of

Bankruptcy").

Lead Plaintiff acknowledges that the filing of the bankruptcy petition by Vroom, Inc.

creates an automatic stay of proceedings in the above-captioned case as against Defendant

Vroom, Inc.  But the U.S. Bankruptcy Code does not provide for an automatic stay of

proceedings against the remaining Defendants in this case.  These include: (1) the former

Company executives, Defendants Paul J. Hennessy and David K. Jones, against whom Lead

Plaintiff asserts fraud-based Section 10(b) and 20(a) claims under the Securities Exchange Act of

1934 and negligence-based Section 11 and 15 claims relating to the Company's September 2020

secondary offering of stock under the Securities Act of 1933 (the "Securities Act"); (2) certain

current and former Company directors, Defendants Robert J. Mylod, Jr., Scott A. Dahnke,

Michael J. Farello, Laura W. Lang, Laura G. O'Shaughnessy, and Adam Valkin, against whom

claims relating to the Company's September 2020 secondary offering of stock are asserted under

Sections 11 and 15 of the Securities Act; and (3) the underwriters of the Company's September

2020 secondary offering of stock, Defendants Goldman Sachs & Co. LLC, BofA Securities, Inc.,

Allen & Company, LLC, and Wells Fargo Securities, LLC, against which claims are asserted under Sections 11 and 12(a)(2) of the Securities Act.

For this reason, Lead Plaintiff respectfully submits that this Court should continue to evaluate these Defendants' motion to dismiss Lead Plaintiff's Consolidated Complaint, which briefing was completed on March 23, 2022, with supplemental briefing completed on April 29, 2024, and may properly issue a ruling on that motion.

Moreover, in its Suggestion of Bankruptcy, Vroom gratuitously states (in the first full paragraph on page 2) that "the Debtor's general unsecured creditors are expected to be paid in full and the claims asserted in this case (known as '510(b) Claims')) are unimpaired in accordance with section 1124 of the Bankruptcy Code." But in that regard, Vroom failed to inform this Court that: (1) the Prepackaged Plan, without explanation, has valued the claims in this case at $0; and, more importantly, (2) the Prepackaged Plan would provide for a release of claims against all the non-debtor Defendants in this case.

Lead Plaintiff will be objecting to the Prepackaged Plan in the bankruptcy court on various grounds and notes that objections filed by the U.S. Trustee in response to the Debtor's initial emergency motion state that the proposed non-consensual release of non-debtor third parties (such as the Defendants listed above) are not authorized under the U.S. Bankruptcy Code. *See In re: VROOM, INC., Debtor*, Case No. 24-90571 (CML) (Bankr. S.D. Tex.), ECF 21 at 2. The objection further cites to a recent U.S. Supreme Court decision, *Harrington v. Purdue Pharma L.P.*, 144 S. Ct. 2071 (2024), *see* ECF 21 at 6-7 & 10, which held that "the bankruptcy code does not authorize a release and injunction that, as part of a plan of reorganization under Chapter 11, effectively seeks to discharge claims against a nondebtor without the consent of affected claimants." *Harrington v. Purdue Pharma*, 144 S. Ct. at 2088. Here, Lead Plaintiff, on

behalf of itself and the class identified in Lead Plaintiff's Consolidated Complaint, will not

consent to such a release.

Dated:  December 3, 2024                    Respectfully submitted:

**BARRACK RODOS & BACINE**

*/s/ Michael A. Toomey*
Michael A. Toomey
Eleven Times Square
640 8th Avenue, 10th Floor
New York, NY 10036
Telephone:  212.688.0782
Facsimile:  212.688.0783

       and

Jeffrey W. Golan
Chad A. Carder
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  215.963.0600
Facsimile: 215.963.0838

*Attorneys for Rhondda Cynon Taf Pension Fund*
*and Lead Counsel for the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December 2024, a true and correct copy of the above was served upon the attorneys of record in the above entitled and numbered cause, via e-file.

*/s/ Michael A. Toomey*
Michael A. Toomey