UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: VROOM, INC. SECURITIES LITIGATION | Civil Action No. 1:21-cv-2477 (PGG) |

## [PROPOSED] FINAL JUDGMENT OF DISMISSAL

On March 19, 2025, this Court entered an order dismissing Plaintiff's Consolidated Amended Class Action Complaint (the "Dismissal Order"). *See* ECF No. 112. The Court also provided until April 14, 2025 for Plaintiff to move to amend. That deadline has now passed, and Plaintiff has not filed any motion to amend. Accordingly, the Court enters this final judgment of dismissal, this case is dismissed consistent with the Court's Dismissal Order, and the Clerk of Court is directed to close this case.

**SO ORDERED.**

**Dated:**

**New York, New York**

_____
PAUL G. GARDEPHE
United States District Judge